IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVANS RUSS, JR., #194028, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:11cv921-WHA |
| ) | |
| ANDY HUGHES, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**<u>ORDER</u>**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #11), entered on February 29, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for habeas corpus relief is DISMISSED without prejudice to afford the Petitioner an opportunity to exhaust all state court remedies available to him.

DONE this 27th day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE